UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TERRY A. MCLEES,                                        Case No: 6:20-bk-2183
                                                        Chapter 13

Debtor.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Debtor, TERRY A. MCLEES, and files this Notice of Voluntary Dismissal, stating as follows:

1. The above-styled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 USC Sections 706, 1112, or 1208.

2. There are no motions for relief from, annulment of, or conditioning of the automatic stay pending in this case.

3. Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

WHEREFORE, Debtor respectfully requests that the Chapter 13 case herein be dismissed.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means or via U.S. Mail this 6th day of May, 2020, to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, FL 32790-3450; and to the creditors and interested parties in the Court's mailing matrix.

/s/ Matthew R. Gross
MATTHEW R. GROSS, J.D.
Florida Bar No. 49863
Fresh-Start.Law, P.A.
1101 Douglas Avenue, Suite 1000
Altamonte Springs, FL 32714
Telephone: (407) 403-5936
Facsimile:  (407) 842-7248
Attorney for Debtor
mrg@first.law