| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-02183-KSJ<br>Middle District of Florida<br>Orlando<br>Wed May  6 14:00:59 EDT 2020 | Capital One Auto Finance, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Terry A. McLees<br>717 Butter Fly Creek Drive<br>Ocoee, FL 34761-3149 |
| U.S. Bank National Association,<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton,, FL 33487-2853 | 53 Bank Na<br>Fifth Third Center<br>Cincinnati, OH 45202-0000 | AdventHealth Imaging<br>PO Box 964556<br>Orlando, FL 32886-0001 |
| AdventHealth Med Grp Central FL<br>PO Box 14099<br>Belfast, ME 04915-4034 | AdventHealth Med Grp Central FL<br>PO Box 864552<br>Orlando, FL 32886-4552 | AdventHealth Orlando<br>PO Box 865516<br>Orlando, FL 32886-5516 |
| Capital One Auto Finan<br>Po Box 259407<br>Plano, TX 75025-9407 | Ccs/Bryant State Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 |
| Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>955 American Lane<br>Schaumburg, IL 60173-4998 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jewett Orthopaedic Clinic<br>PO Box 8885<br>Winter Park, FL 32790-8885 | MERRICK BANK -<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick<br>55 East Ames Ct<br>Plainview, NY 11803-2304 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1271 | National Credit Adjusters<br>PO Box 3023<br>327 W 4th Ave<br>Hutchinson, KS 67501-4842 |
| North American Credit Services<br>PO Box 182221<br>Chattanooga, TN 37422-7221 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | PHH Mortgage Services<br>PO 5452<br>Mount Laurel, NJ 08054-5452 |
| Portfolio<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502-4952 | Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | Sunbelt Crdt<br>C/O Security Finance Pob 3146<br>Spartanburg, SC 29304-3146 |
| TransUnion<br>P.O. Box 1000<br>Chester, PA 19016-1000 | US Anesthesia Partners of Florida<br>PO Box 744573<br>Atlanta, GA 30374-4573 | US Bank c/o<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 |

| | | |
|---|---|---|
| US Bank c/o Robert McLain<br>McCabe Weisberg and Conway LLC<br>500 South Australian Ave Ste 1000<br>West Palm Beach, FL 33401-6220 | Webbnk/Fhut<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303-0820 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Matthew R Gross +<br>Matthew R Gross, J.D., P.A.<br>1101 Douglas Avenue, Suite 1000<br>Altamonte Springs, FL 32714-2033 | Keith Scott Labell +<br>Robertson, Anschutz, & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (u)U.S. Bank National Association, As Trustee | (d)Internal Revenue Service -<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |

| | |
|---|---|
| (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     4<br>Total                  39 |